IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALAIN LEONETTI, | ) |
| Plaintiff, | ) |
| v. | ) |
| BAYLOR UNIVERSITY MEDICAL CENTER, et al., | ) |
| Defendants. | ) Civil Action No. 3:15-CV-2936-C |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is **DISMISSED** without prejudice.

Dated this 3rd day of January, 2017.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE